# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENT RICHARD ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> CORIZON, INC., DR. YOUNG, N.P. POULSON, MS. RONA SIEGERT, P.A. TAKAGI, WARDEN YORDY, N.P. GELOK, N.P. SHAFFER, <br><br> Defendants. | Case No. 1:15-cv-00304-BLW <br><br> **ORDER** |

The Court has before it the Stipulation for Dismissal of Defendant Warden Yordy (Dkt. 69). Good cause appearing, the Court will grant the stipulation.

**ORDER**

**IT IS ORDERED** that the Defendant Warden Yordy be dismissed with prejudice from the above-captioned action, with each party to bear their own costs and attorneys' fees.

DATED: February 15, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT WARDEN YORDY- 1