IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENT RICHARD ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>CORIZON, INC.; DR. YOUNG; N.P. POULSON; MS. RONA SIEGERT; PA TAKAGI; WARDEN YORDY; N.P. GELOK; N.P. SHAFFER,<br><br>    Defendants. | Case No. 1:15-cv-00304-BLW<br><br>**ORDER ADOPTING STIPULATION FOR PROTECTIVE ORDER** |

Currently pending before the Court is the Stipulation for Protective Order (Dkt. 83), signed by all parties. Having considered the record and otherwise being fully advised,

**IT IS HEREBY ORDERED THAT:**

1. The parties' Stipulation for Protective Order (Dkt. 83) is GRANTED, APPROVED and ADOPTED and the procedures set forth therein shall be used in this action.

DATED: April 25, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court