UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENT RICHARD ELLIS,<br><br>              Plaintiff,<br><br>  vs.<br><br>CORIZON, INC., DR. YOUNG, MS. RONA SIEGERT, PA TAKAGI, NP GELOK, and NP SHAFFER.<br><br>              Defendants. | Case No: 1:15-cv-00304-BLW<br><br>ORDER GRANTING STIPULATED MOTION TO ENLARGE LIMITED DISCOVERY DATES AND DISPOSITIVE MOTION DUE DATE |

    Based upon the parties' Stipulation and Motion to Enlarge Limited Discovery Dates and Dispositive Motion Due Date (Dkt. 88) filed with the court on May 30, 2018, a review of the file and good cause having been shown for granting of the stipulation,

    IT IS HEREBY ORDERED that the parties' Stipulation and Motion to Enlarge Limited Discovery Dates and Dispositive Motion Due Date (Dkt. 88) is GRANTED.

    IT IS FURTHER ORDERED that the deadline for completion of Discovery is extended by twenty (20) days and the date for completion will be June 20, 2018.

    IT IS FURTHER ORDERED that the deadline for dispositive motions is extended by twenty (20) days from the current day of June 29, 2018 to July 19, 2018.

DATED: May 30, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court