UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENT RICHARD ELLIS,<br><br>             Plaintiff,<br><br>   v.<br><br>CORIZON, INC.; DR. YOUNG; NP SEIGERT; PA TAKAGI; NP GELOK; NP SHAFFER,<br><br>             Defendant. | Case No. 1:15-cv-00304-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.

DATED: November 30, 2018

B. Lynn Winmill
Chief Judge
United States District Court